William Boston v. Frederick L. Cranford-Charles H. Locher, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593

of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.